AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico ▾

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

FILED

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RONNIE MARTINEZ | ) | Case No.   **25mj2302** |
|  | ) | |
| Year of birth: 1976 | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 31, 2025_____ in the county of _____Rio Arriba_____ in the District of _____New Mexico_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 922(g) | Unlawful possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference, submtted by FBI SA Andrew Wright, and approved by SAUSA Matthew McGinley.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew Wright, Special Agent FBI
_____
*Printed name and title*

Sworn telephonically, submitted electronically.

Date:   _____06/12/2025_____

_____
*Judge's signature*

City and state:   _____Albuquerque, NM_____

STEVEN C. YARBROUGH, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

v.

RONNIE MARTINEZ

Year of birth: 1976

Case No. _____

AFFIDAVIT IN SUPPORT OF
COMPLAINT

I, Andrew Wright, being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2020. I am currently assigned to the Albuquerque Field Office, Farmington Resident Agency. My primary duties as a Special Agent with the FBI include investigating crimes occurring in Indian Country which include primarily investigating violent crimes that involve murder, assault, and felon in possession. I am familiar with the investigation and prosecution of violent crimes occurring in Indian Country, including the use of warrants to search for evidence. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, tribal and federal law enforcement agencies. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute arrest and search warrants issued under the authority of the United States.

2. This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, tribal, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, tribal,

and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation.

3.	This affidavit is being submitted in support of a criminal complaint charging Ronnie Martinez (MARTINEZ) with 18 U.S.C. § 922(g), that being unlawful possession of a firearm by a person convicted in court for a crime punishable by imprisonment for a term exceeding one year.

## PROBABLE CAUSE

4.	On March 31, 2025, the Jicarilla Apache Police Department (JAPD) received a call for service. Officer Derrick Blackbird (BLACKBIRD), patrol officer employed by the JAPD, responded to speak with the complainant R.V. (JANE DOE).

5.	BLACKBIRD initially observed that JANE DOE looked anxious. JANE DOE explained to BLACKBIRD that she and Ronnie Martinez (MARTINEZ) were watching television at their home earlier in the day. MARTINEZ seemed agitated towards JANE DOE. More specifically, JANE DOE decided that she was going to end the relationship and told MARTINEZ.

6.	MARTINEZ became angry with JANE DOE and insisted that she travel to Tierra Amarilla, New Mexico with him.  JANE DOE agreed and began to gather her things, but at the same time contacted a relative for help. When the relative arrived, JANE DOE entered the relative's vehicle and left MARTINEZ behind and the residence.

7.	JANE DOE then received various text messages which were abusive in nature from MARTINEZ. One of the messages included an image of a rifle.

8.	JANE DOE requested the JAPD assist her in obtaining possession of her vehicle from MARTINEZ. BLACKBIRD located the vehicle parked at 220 Willow Road, Dulce, New Mexico, 87528. BLACKBIRD and other officers with the JAPD knocked on the door to the residence. MARTINEZ answered the door. MARTINEZ was asked to exit the house so officers could speak

2

with him. MARTINEZ complied. MARTINEZ was observed to be carrying a knife on his right hip. BLACKBIRD conducted a search of MARTINEZ and found four knives on MARTINEZ' person.

9.    BLACKBIRD asked MARTINEZ about what had occurred between MARTINEZ and JANE DOE. MARTINEZ replied "you know how women are" while using profanity to describe his relationship with JANE DOE. MARTINEZ was asked about the photograph of the rifle he sent to JANE DOE. MARTINEZ admitted to using the photo as a scare tactic. BLACKBIRD informed MARTINEZ that since he was a felon he cannot possess a firearm. MARTINEZ claimed that due to new legislation he had the right to possess a firearm.

10.    MARTINEZ informed BLACKBIRD that the rifle belonged to his father and that MARTINEZ uses the rifle to kill prairie dogs. MARTINEZ took possession of the firearm due to break-ins in Tierra Amarilla, New Mexico.  MARTINEZ was asked where the rifle was at that time. MARTINEZ stated the rifle was inside the house. JAPD asked take possession of it, and MARTINEZ gave consent for JAPD to seize the rifle.  MARTINEZ then led the JAPD officers to the back room of the house where the rifle was located.

11.    JAPD seized the firearm, described as a Ruger 10/22 Carbine Rifle, serial number 257-21825. The rifle was checked with the National Crime Information Center (NCIC) database and did not return any results.

12.    According to Conejos County Colorado Court documents, MARTINEZ was of "1st Deg. As'lt: With A Deadly Weapon Serious Bodily Injury," a Class 3 Felony, and sentenced to 20 years of incarceration on October 31, 1996.

13.    According to Alamosa County Colorado Court Documents, MARTINEZ was charged convicted of "Assault 2-injury with a deadly weapon-heatpass," a class 6 felony, and sentenced to three years of incarceration on March 9, 2009.

## CONCLUSION

14.    Based on the above information, I submit that there is probable cause to believe that MARTINEZ violated 18 U.S.C. §§ 922(g), that being unlawful possession of a firearm by a person convicted in court for a crime punishable by imprisonment for a term exceeding one year. Your Affiant swears this information to be true and correct to the best of his knowledge and belief.

15.    Therefore, I respectfully request that the Court approve the attached criminal complaints and issue arrest warrants.

16.    This complaint was reviewed and approved by Supervisory Assistant United States Attorney Matthew J. McGinley.

Andrew Wright
Special Agent
Federal Bureau of Investigation

Subscribed to and telephonically sworn before me
this 12 day of June 2025

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE

4

5