FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 0 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-2550 JB |
| vs. | ) Count 1: 18 U.S.C. §§ 922(g)(1) and 924: |
| | ) Felon in Possession of a Firearm and |
| **RONNIE LEE MARTINEZ,** | ) Ammunition; and |
| Defendant. | ) Count 2: 18 U.S.C. 2261A(2)(B): |
| | ) Stalking. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 31, 2025, in Rio Arriba County, in the District of New Mexico, the defendant, **RONNIE LEE MARTINEZ**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically, 1st Degree Assault with a Dangerous Weapon-Serious Bodily Injury, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### Count 2

From on or about May 31, 2025 to on or about June 11, 2025, in Rio Arriba County, in the District of New Mexico, the defendant, **RONNIE LEE MARTINEZ,** used mail, interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, specifically, texts,

phone calls, and emails, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Jane Doe.

In violation of 18 U.S.C. § 2261A(2)(B).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **RONNIE LEE MARTINEZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. A .22-caliber Ruger Model 10/22 Carbine LR Caliber rifle, serial number 257-21925; and

b. Approximately 10 rounds of .22-magnum caliber ammunition recovered from .22-caliber rifle described above.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney