PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Ronnie Martinez                           Docket No. 1:25CR02550-001KK

### Petition for Action on Conditions of Pretrial Release

COMES NOW Joann Griego PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of Ronnie Martinez who was placed under pretrial release supervision by the Honorable Kirtan K. Khalsa, United States Magistrate Judge, sitting in the Court at Albuquerque New Mexico, on October 24, 2025, with conditions which included the following:

**(7) (l) not use alcohol at all**

**(7) (m) not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. section 802, unless prescribed by a licensed medical practitioner**

**(7) (s) Zero Tolerance**

**Respectfully presenting petition for action of court and for cause as follows:**

On November 15, 2025, November 19, 2025, December 10, 2025, December 19, 2025, and December 22, 2025, the defendant submitted to drug testing at The Life Link in Santa Fe, New Mexico. The tests collected on November 15, 2025, November 19, 2025, and December 10, 2025, yielded positive results for amphetamines. These tests were sent to Abbott National Laboratory for a confirmation test. All tests confirmed positive for the presence of amphetamines and methamphetamine. The tests collected on December 19, 2025, and December 22, 2025, yielded positive results for amphetamine and ethyl glucuronide. On January 5, 2026, both tests were sent to Abbott National Laboratory. This confirmation test remains pending as of the writing of this petition.

On January 6, 2026, this officer contacted the defendant and addressed the positive drug test results. After previously denying the use of methamphetamine, the defendant admitted to using a creatine powder that was laced with methamphetamine. The defendant alleged a friend advised him the creatine powder contained methamphetamine; despite this knowledge, he chose to use the substance. Additionally, the defendant further admitted to consuming alcohol since November 2025, with his most recent use occurring on or about December 30, 2025.

PS8
(8/88)

# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

Respectfully recommending the Court order a warrant for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **January 6, 2026**

*Joann Griego*
Joann Griego
United States Probation Officer
Cell #: 505-537-0011
Place: Santa Fe, New Mexico