**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 25-2550 JB | UNITED STATES vs. MARTINEZ | |
| Hearing Date: | Thursday, January 15, 2026 | Time In and Out: | 10:39-10:53 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Ronnie Martinez | Defendant's Counsel: | Michael Santistevan for Jedidiah Glazener |
| AUSA: | Mia Rubin | Pretrial/Probation: | Joann Griego |
| Interpreter: | | Witness: | |

**Initial Appearance**

☐ Defendant received a copy of charging document

☐ Court advises defendant(s) of possible penalties and all constitutional rights

☐ Defendant

☐ Government moves to detain    ☐ Government does not recommend detention

☐ Set for | on | @

**Preliminary/Show Cause/Identity**

☒ Defendant waives Show Cause Hearing

☐

☒ Court finds defendant violated conditions of pretrial release    ☐ Court does not find probable cause

**Detention**

☐ Defendant waives right to contest detention

☒ Defense counsel requests release; Government agrees with recommendation of USPTS that Defendant be detained

**Custody Status**

☒ Defendant remanded to the custody of United States Marshal's Service

☐ Conditions

**Other**

☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver

☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.

☐ Matter referred to _____ for Final Revocation Hearing

☐