IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                            CR 25-2550 JB

RONNIE MARTINEZ,

      Defendant.

## ORDER REVOKING CONDITIONS OF PRETRIAL RELEASE

THIS MATTER is before the Court for hearing, the Court having found that the Defendant violated his conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant RONNIE MARTINEZ, be remanded to the custody of the U.S. Marshal pending further proceedings.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE