**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | Case No. 1:25-CR-2550 JB |
| vs. | ) | |
| | ) | |
| RONNIE MARTINEZ | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

COMES NOW, Defendant, Ronnie Martinez, by and through undersigned counsel, respectfully requests this Honorable Court enter an order modifying the conditions of release to allow Defendant to attend treatment at Four Winds Behavioral Health in Rio Rancho, NM, and in support thereof states the follows:

1.   Mr. Martinez pleaded not guilty to an indictment on July 22, 2025.  Mr. Martinez is charged by indictment with count 1: being a felon in possession of a firearm and ammunition pursuant to 18 U.S.C. §§ 922(g)(1) and 924 and count 2: stalking, pursuant to 18 U.S.C. 2261A(2)(B).

2.   Trial in this matter is currently scheduled for June 8, 2026.

3.   Mr. Martinez respectfully requests the court for an order modifying his conditions of release to allow him to attend treatment at Four Winds Behavior Health in Rio Rancho, NM beginning April 6, 2026 at 12:00 p.m.  A copy of the acceptance letter is attached hereto.

4. The Court imposed conditions of release at the last detention hearing ordering that Mr. Martinez be detained pending trial.

5. Mr. Martinez requests that he be released third party to Four Winds Behavioral Health starting April 6, 2026 and then upon successfully completing treatment to reside at La Posada until trial.  If a bed is not available at La Posada upon his completion, Mr. Martinez agrees to and Probation requests he live in sober living housing until trial.

6. Mr. Martinez agrees to adhere to the other conditions of release imposed, including no contact with the alleged victim, while he is out of custody.

7. Assistant United States Attorney, Michael Pahl was contacted in regard to this request and does not oppose the relief requested.

WHEREFORE, Defendant, Ronnie Martinez, respectfully requests that the Court enter an order modifying his conditions of release so that Mr. Martinez be released third party to Four Winds Behavioral Health beginning April 6, 2026 and then to the custody of La Posada until trial.

Respectfully submitted,

JEDIDIAH J. GLAZENER, ESQ

By: /s/ Jedidiah J. Glazener

Jedidiah J. Glazener, Esq.
Attorney for Defendant
100 Gold Ave. SW, Ste. 206
Albuquerque, NM 87102
Tel: (505) 688-8144

I hereby certify that a true and correct copy of the foregoing pleading sent, via the Court's CM/ECF notification system, to Assistant United States Attorney Michael Pahl.

/s/ Jedidiah J. Glazener
Jedidiah J. Glazener, Esq.
Attorney for Defendant