# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,    )
                                   )
          Plaintiff.    )
                                   )      Case No. 1:25-CR-2550 JB
vs.    )
                                   )
RONNIE MARTINEZ    )
                                   )
          Defendant.    )

## UNOPPOSED MOTION FOR RELEASE ON CONDITIONS

COMES NOW, Defendant, Ronnie Martinez, by and through undersigned counsel, respectfully requests this Honorable Court enter an order releasing Defendant on conditions to attend treatment at Four Winds Behavioral Health in Rio Rancho, NM, and in support thereof states the follows:

1. Mr. Martinez pleaded not guilty to an indictment on July 22, 2025.  Mr. Martinez is charged by indictment with count 1: being a felon in possession of a firearm and ammunition pursuant to 18 U.S.C. §§ 922(g)(1) and 924 and count 2: stalking, pursuant to 18 U.S.C. 2261A(2)(B).

2. Trial in this matter is currently scheduled for June 8, 2026.

3. Mr. Martinez respectfully requests the court for an order releasing him on conditions of release to allow him to attend treatment at Four Winds Behavior Health in Rio Rancho, NM beginning April 6, 2026 at 12:00 p.m.  A copy of the acceptance letter is attached hereto.

4.  The Court previously imposed conditions of release June 18, 2025.

5.  Mr. Martinez requests that he be released third party to Four Winds Behavioral Health starting April 6, 2026 and then upon successfully completing treatment to reside at La Posada until trial.  If a bed is not available at La Posada upon his completion, Mr. Martinez agrees to and Probation requests he live in sober living housing until trial.

6.  Mr. Martinez agrees to adhere to whatever conditions of release theimposes.

7.  Mr. Martinez is asking the court to impose conditions similar to those imposed on June 18, 2025 (with the modification that those conditions would now reflect being released third-party to 4 Winds) including no contact with the alleged victim, while he is out of custody.

8.  Probation suggests the condition regarding location monitoring be placed on him once he completes the in-patient program at 4 Winds.

9.  Mr. Martinez requests the Court enter an order releasing him from custody on conditions similar to those imposed June 18, 2025 (with the modification that those conditions would now reflect being released third-party to 4 Winds and location monitoring after successful completion of 4 Winds) and that upon successfully completing treatment he be ordered to reside at La Posada until trial. If a bed is not available at La Posada upon his completion, Mr. Martinez agrees to and Probation requests he live in sober living housing until trial.

10. Assistant United States Attorney, Michael Pahl was contacted in regard to this request and does not oppose the relief requested.

WHEREFORE, Defendant, Ronnie Martinez, respectfully requests that the Court enter an order releasing him from custody on conditions of release so that Mr. Martinez be released third party to Four Winds Behavioral Health beginning April 6, 2026 and then to the custody of La Posada until trial.

Respectfully submitted,

JEDIDIAH J. GLAZENER, ESQ

By: /s/ Jedidiah J. Glazener

Jedidiah J. Glazener, Esq.
Attorney for Defendant
100 Gold Ave. SW, Ste. 206
Albuquerque, NM 87102
Tel: (505) 688-8144

I hereby certify that a true and correct copy of the foregoing pleading sent, via the Court's CM/ECF notification system, to Assistant United States Attorney Michael Pahl.

/s/ Jedidiah J. Glazener
Jedidiah J. Glazener, Esq.
Attorney for Defendant