IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,  )
                        )
      Plaintiff,  )
                        )
   vs.  )     Case No. 1:25-CR-2550 JB
                        )
RONNIE MARTINEZ,  )
                        )
      Defendant.  )

STIPULATED ORDER RELEASING DEFENDANT ON CONDITIONS

THIS MATTER having come before the Court on the stipulation of the parties and the Court being otherwise fully advised in the premises and having reviewed the unopposed motion filed March 30, 2026,

FINDS that the motion is well-taken.

IT IS THEREFORE ORDERED that on the morning of April 6, 2026, the US Marshals office shall transport Mr. Martinez to the US District Courthouse, District of New Mexico.  Mr. Martinez shall meet with probation and will be released from custody on conditions of release similar to those entered on June 18, 2025, however, modified so that he is released third-party to 4 Winds Behavioral Health in Rio Rancho, NM and that location monitoring begin after successful completion of treatment at 4 Winds.  Mr. Martinez shall be transported by a family member directly to 4 Winds so that he may begin treatment on April 6, 2026 at 12:00 p.m.  Upon successful completion of treatment with 4 Winds, Mr. Martinez shall be released from 4 Winds and his conditions modified so that he is released third-party to La Posada with location monitoring ordered.

If a bed is not available at that time, Mr. Martinez shall be released third-party to a sober living house with location monitoring ordered.

_____
Laura Fashing
United States Magistrate Judge

Respectfully submitted:

JEDIDIAH J. GLAZENER, ESQ

By: /s/ Jedidiah J. Glazener

Jedidiah J. Glazener, Esq.
Attorney for Defendant
100 Gold Ave. SW, Ste. 206
Albuquerque, NM 87102
Tel: (505) 688-8144
Fax: (505) 212-1337

Approved by email 3/31/26
Michael Pahl
Assistant United States Attorney

Approved by email 3/31/26
Joann Griego
US Probation Officer