**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,    )
                     )
        Plaintiff.    )
                     )      Case No. 1:25-CR-2550 JB
vs.               )
                     )
RONNIE MARTINEZ     )
                     )
        Defendant.    )

**UNOPPOSED MOTION TO CONTINUE TRIAL SETTING**

COMES NOW, Defendant, Ronnie Martinez, by and through undersigned counsel, respectfully requests this Honorable Court continue the trial in this matter currently set for March 9, 2026 at 9:00 a.m., and in support thereof states the follows:

1. Mr. Martinez pleaded not guilty to an indictment on July 22, 2025. Mr. Martinez is charged by indictment with count 1: being a felon in possession of a firearm and ammunition pursuant to 18 U.S.C. §§ 922(g)(1) and 924 and count 2: stalking, pursuant to 18 U.S.C. 2261A(2)(B).

2. Trial in this matter is currently scheduled for June 8, 2026.

3. As this Court is aware, Defendant is currently in treatment at 4 Winds and is expected to graduate June 1, 2026.

4. Mr. Martinez respectfully requests a continuance to complete treatment and tasks that are vital to his defense. Specifically, Mr. Martinez requests an additional 90 days from the current setting to prepare for trial, prepare and file pretrial motions,

and to continue to pursue plea negotiations with the government. Ninety days is the minimum amount of time that is required to conduct such discussions and set this matter for a change of plea hearing, if a resolution is reached.

5. A continuance is necessary for counsel to complete the following tasks:

   a. Allow Mr. Martinez the opportunity to seek in-patient treatment;

   b. Review the approximate 200 pages of discovery with defendant;

   c. Obtain any additional discovery that is outstanding and has been requested from the government, including any lapel videos that may exist;

   d. Research, prepare and file pretrial motions, including possible motions to suppress and other motions in limine;

   e. Complete an investigation into the allegations and charges against Mr. Martinez; and

   f. Continue plea negotiations with the government.

6. Mr. Martinez respectfully requests a continuance of the trial of no less than 90 days from the current setting. Counsel believes that length of time to be the minimum that will be sufficient to investigate and complete any plea negotiations in this case.

7. Mr. Martinez' right to the effective assistance of counsel includes adequate time to prepare for trial. Without that adequate time to prepare for trial, Mr. Martinez will be denied his right to the effective assistance of counsel. As the Eleventh Circuit has recognized,

   Implicit in this right to counsel is the notion of adequate time for counsel to prepare the defense: "Disposition of a request for continuance… is made in the

discretion of the trial judge, the exercise of which will ordinarily not be reviewed. But the denial of opportunity for appointed counsel to consult with the accused and to prepare his defense, could convert the appointment of counsel into a sham and nothing more than a formal compliance with the Constitution's requirement that an accused be given the assistance of counsel.  The Constitution's guarantee of assistance of counsel cannot be satisfied by mere formal appointment."

*United States v. Verderame*, 51 F.3d 249, 252 (11th Cir. 1995)(quoting *Avery v. Alabama*, 308 U.S. 444, 446, 60 S.Ct. 321, 322 (1940).

8. Mr. Martinez will not be prejudiced by this continuance.  Additional time will not prejudice Mr. Martinez and will permit him additional time to obtain treatment, prepare and file pretrial motions, to further investigate this case, and to prepare for trial.  Additionally, a continuance will potentially allow him to reach a favorable resolution with the government.  On May 15, 2026, counsel spoke with Mr. Martinez and discussed with Mr. Martinez his rights under the Speedy Trial Act and Mr. Martinez understands the need for a continuance and respectfully requests that the Court continue his trial for the 90 days requested by counsel.

9. Undersigned counsel affirmatively states that the ends of justice will be served by granting this extension of time in which to file motions and a continuance of the trial.  See *United States v. Hernandez-Mejia*, 406 Fed. App'x. 330, 338 (10th Cir. 2011) ("The Speedy Trial Act was intended not only to protect the interests of defendants, but was also 'designed with the public interest firmly in mind.") (quoting *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009)).  A continuance of the deadlines and jury trial in this matter will provide the parties

time to discuss a possible negotiated resolution of this matter.  Such a negotiated resolution would conserve judicial and prosecutorial resources and could also materially benefit Mr. Martinez by providing him access to a more favorable resolution of this matter.  This motion is not predicated upon the congestion of the Court's docket.

10.  Assistant United States Attorney, Michael Pahl was contacted in regard to this request and does not oppose the relief requested.

WHEREFORE, Defendant, Ronnie Martinez, respectfully requests that the Court enter an order continuing the trial herein set for June 8, 2026 and motions deadline as set forth above.

Respectfully submitted,

JEDIDIAH J. GLAZENER, ESQ

By: /s/ Jedidiah J. Glazener

Jedidiah J. Glazener, Esq.
Attorney for Defendant
100 Gold Ave. SW, Ste. 209
Albuquerque, NM 87102
Tel: (505) 688-8144
Fax: (505) 212-1337

I hereby certify that a true and correct copy of the foregoing pleading sent, via the Court's CM/ECF notification system, to Assistant United States Attorney Michael Pahl.

*/s/ Jedidiah J. Glazener*
Jedidiah J. Glazener, Esq.
Attorney for Defendant